FILED

MAY 25 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
7  Telephone: (415) 436-6830
   Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12
13 UNITED STATES OF AMERICA,          )  No. CR 06-0208 RMW
                                      )
14         Plaintiff,                 )  STIPULATION AND [PROPOSED]
                                      )  ORDER DOCUMENTING
15         v.                         )  EXCLUSION OF TIME
                                      )
16 ALLEN TAM,                         )
                                      )
17         Defendant.                 )
   _____)

18         With the agreement of the defendant Allen Tam in open court on April 20, 2006, the
19 Court enters this order (1) setting a hearing on May 8, 2006 at 9:00 a.m. before the Honorable
20 Ronald M. Whyte and (2) documenting the exclusion of time under the Speedy Trial Act, 18
21 U.S.C. § 3161, from April 20, 2006 to May 8, 2006. The Court finds and holds as follows:
22         1.      The defendant Allen Tam appeared before the Court on April 20, 2006. At the
23 time, the parties were negotiating the terms of a stipulated protective order, which needed to be
24 finalized before any discovery could be produced. The parties need additional time to negotiate
25 the terms of the protective order. Continuing the case until May 8, 2006 will give them the
26 opportunity to accomplish this objective. In addition, counsel for the government informed the
27 Court that he would be out of the office during the week of April 24, 2006 and unavailable for a
28 hearing before Judge Whyte.

STIP. & [PROPOSED] ORDER RE: EXCL.
OF TIME [CR 06-0208 RMW]

1      2.    The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until May 8, 2006 is necessary for effective preparation of counsel and continuity of government counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from April 20, 2006 to May 8, 2006 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

    3.    Accordingly, and with the consent of the defendant, the Court (1) sets a hearing for May 8, 2006 at 9:00 a.m. before the Honorable Ronald M. Whyte and (2) orders that the period from April 20, 2006 to May 8, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 5/24/2006

KYLE F. WALDINGER
Assistant United States Attorney

DATED: 5/22/06

JAMES H. MCMANIS
Attorney for the defendant Allen Tam

IT IS SO ORDERED.

DATED: 5/25/06

PATRICIA J. TRUMBULL
United States Magistrate Judge

Copies to be distributed to:

Kyle F. Waldinger
Assistant U.S. Attorney
450 Golden Gate Ave.., 11th Floor
San Francisco, CA 94102

James McManis
Mary Arand
McManis Faulkner & Morgan
50 W San Fernando St #1000
San Jose, CA 95113

STIP. & [PROPOSED] ORDER RE: EXCL. OF TIME [CR 06-0208 RMW]       -2-