KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94l02
    Telephone: (4l5) 436-6830
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION     *E-FILED - 6/15/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00208 RMW |
|     Plaintiff, ) | |
|   v. ) | STIPULATION AND ORDER DOCUMENTING <u>EXCLUSION OF TIME</u> |
| ALLEN TAM, ) | |
|     Defendant. ) | |

    With the agreement of the defendant Allen Tam in open court on May 8, 2006, the Court enters this order (1) setting a hearing on July 17, 2006 at 9:00 a.m. and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from May 8, 2006 to July 17, 2006. The Court finds and holds as follows:

    1.    The defendant Allen Tam appeared before the Court on May 8, 2006. The Court signed a stipulated protective order regarding discovery in this matter. Counsel for the parties jointly requested a continuance until July 17, 2006 to allow counsel for the defendant time to review the voluminous discovery that would be produced. The Court finds that continuing the case until July 17, 2006 will give counsel an opportunity to accomplish this objective.

    2.    The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until July 17, 2006 is necessary for

STIP. & ORDER RE: EXCL.
OF TIME

1  effective preparation of counsel.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  Given these circumstances,
2  the Court finds that the ends of justice served by excluding the period from May 8, 2006 to July
3  17, 2006 outweigh the best interest of the public and the defendant in a speedy trial.  Id.
4  § 3161(h)(8)(A).

5      3. Accordingly, and with the consent of the defendant, the Court (1) sets a hearing
6  for July 17, 2006 at 9:00 a.m. and (2) orders that the period from May 8, 2006 to July 17, 2006 be
7  excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
8  IT IS SO STIPULATED.
9  DATED:_____      /S/_____
10     KYLE F. WALDINGER
    Assistant United States Attorney
11
12 DATED:_____      /S/_____
    JAMES H. MCMANIS
13     Attorney for the defendant Allen Tam

14 IT IS SO ORDERED.
15 DATED:__6/15/06_____    /S/ RONALD M. WHYTE_____
    RONALD M. WHYTE
16     United States District Judge
17
18 Copies to be distributed to:
19 Kyle F. Waldinger
    Assistant U.S. Attorney
20 450 Golden Gate Ave.., 11th Floor
    San Francisco, CA 94102
21
    James McManis
22 Mary Arand
    McManis Faulkner & Morgan
23 50 W San Fernando St #1000
    San Jose, CA 95113
24
25
26
27
28

STIP. & ORDER RE: EXCL.
OF TIME                -2-