KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION     *E-FILED - 1/22/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0208 RMW |
|     Plaintiff, | |
|     v. | [] ORDER EXCLUDING TIME |
| ALLEN TAM, | |
|     Defendant. | |

    With the agreement of the defendant Allen Tam in open court on January 8, 2007, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 8, 2007 to July 9, 2007. The Court finds and holds as follows:

    1.    The defendant Allen Tam appeared before the Court on January 8, 2007. The Court arraigned the defendant on the Superseding Indictment, and the defendant entered pleas of not guilty to each count. With respect to a trial date, counsel informed the Court that defense counsel would not be available for a trial until after June 2007. Accordingly, the Court set a trial date of July 9, 2007 in this matter.

    2.    In light of the significant amount of discovery produced in this matter and the availability of defense counsel, the Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until, and setting a trial on,

[] ORDER RE: EXCL.
OF TIME [CR 06-0208 RMW]

1  July 9, 2007 is necessary for effective preparation of defense counsel and for continuity of
2  defense counsel.  See 18 U.S.C. § 3161(h)(8)(B)(i) & (iv).  Given these circumstances, the Court
3  finds that the ends of justice served by excluding the period from January 8, 2007 to July 9, 2007
4  outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).
5           3.      Accordingly, and with the consent of the defendant, IT IS HEREBY ORDERED
6  that the period from January 8, 2007 to July 9, 2007 be excluded from Speedy Trial Act
7  calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(i) & (iv).
8
9  IT IS SO ORDERED.
10
11  DATED:  1/22/07                           *Ronald M. Whyte*
                                              _____
12                                            RONALD M. WHYTE
                                              United States District Judge
13
14  Copies to be distributed to:
15  Kyle F. Waldinger
    Assistant U.S. Attorney
16  450 Golden Gate Ave., 11th Floor
    San Francisco, CA 94102
17
    James McManis
18  Neda Mansoorian
    McManis Faulkner & Morgan
19  50 W. San Fernando St. #1000
    San Jose, CA 95113
20
21
22
23
24
25
26
27
28