1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, 11th Floor
       San Francisco, California 94102
       Telephone: (415) 436-6830
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION         *E-FILED - 5/10/07*

12
    UNITED STATES OF AMERICA,       )   No. CR 06-0208 RMW
13                                  )
            Plaintiff,              )   STIPULATION AND []
14                                  )   ORDER VACATING MOTIONS
         v.                         )   HEARING DATE
15                                  )
    ALLEN TAM,                      )
16                                  )
            Defendant.              )
17  _____)

18         It is hereby stipulated by and between counsel for the United States, Assistant U.S.

19  Attorney Kyle F. Waldinger, and counsel for defendant Allen Tam, James McManis, that, subject

20  to the Court's approval, the motions hearing presently set for May 14, 2007 at 9:00 a.m. be

21  vacated.

22         1.      The defendant Allen Tam last appeared before the Court on January 9, 2007. The

23  Court arraigned the defendant on the Superseding Indictment, and the defendant entered pleas of

24  not guilty to each count. The Court set a trial date of July 9, 2007 in this matter. The Court also

25  set a pretrial conference date of June 21, 2007 at 2:00 p.m. and a motions hearing date of May

26  14, 2007 at 9:00 a.m.

27         2.      To date, the parties have not filed any pretrial motions. Accordingly, the parties

28  agree that the motions hearing date set for May 14, 2007 should be vacated.

STIP. & [] ORDER
CR 06-0208 RMW

3.   Accordingly, IT IS HEREBY ORDERED that the motions hearing set for May 14, 2007 at 9:00 a.m. is vacated.

SO STIPULATED.

Dated this 9th day of May, 2007

SCOTT N. SCHOOLS
United States Attorney

_____/S/_____
KYLE F. WALDINGER
Assistant United States Attorney

SO STIPULATED.

Dated this 8th day of May, 2007

_____/S/_____
JAMES McMANIS
Attorney for defendant Allen Tam

IT IS SO ORDERED.

DATED: 5/10/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Copies to be distributed to:

Kyle F. Waldinger
Assistant U.S. Attorney
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102

James McManis
Neda Mansoorian
McManis Faulkner & Morgan
50 W. San Fernando St. #1000
San Jose, CA 95113

STIP. & [] ORDER
CR 06-0208 RMW                                -2-