DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104                    *E-FILED - 10/28/08*
Telephone:  (415) 398-3900

Attorneys for Defendant **Allen Tam**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR 06-0208 RMW |
|                  ) | |
|       Plaintiff,     ) | |
|                  ) | **STIPULATION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER THEREON** |
| v.                  ) | |
|                  ) | |
| ALLEN TAM,        ) | |
|                  ) | Date: October 27, 2008 |
|       Defendant.    ) | Time: 9:00 a.m. |
| _____) | Ctrm: 6 |

    **IT IS HEREBY STIPULATED** by and between the parties that the sentencing hearing, currently set for October 27, 2008 at 9:00 a.m., be changed to January 12, 2009 at 9:00 a.m.

    The reasons for the stipulation are as follows:

    1.   Mr. Tam's counsel recently concluded a trial which lasted almost one month in People v. Garcia, Case No. SCR521234 in the Superior Court for Sonoma County.

    2.   Mr. Tam and his counsel met approximately six days ago to review, in detail, the probation report and the government's sentencing memorandum and recommendations.

    3.   The plea agreement calls for Mr. Tam to be permitted to factually and legally contend that the amount of loss, which the government and United States Probation calculates as over $25,000, is as low as $5001.

1    4.    The plea agreement calls for Mr. Tam to be permitted to
2    factually and legally contend the he should not receive an
3    adjustment for role under U.S.S.G. Section 3B1.2, as recommended
4    by United States Probation and the government.

5    5.    The plea agreement calls for Mr. Tam to be permitted to
6    factually and legally argue that, under 18 U.S.C. Section
7    3553(a), he should not be committed to jail.

8    6.    The factual and legal presentation, in view of the
9    magnitude of the file and discovery requires extensive
10   preparation by the defense.  Because the government is requesting
11   jail time, it is important that Mr. Tam be appropriately
12   represented by counsel, and the parties agree that Mr. Tam and
13   defense counsel should be afforded appropriate and necessary time
14   to prepare for the hearing.

15   **IT IS SO STIPULATED.**

16                                     KEVIN V. RYAN

17                                     United States Attorney

18   Dated: October 21, 2008      By:
                                       /s/ Kyle F. Waldinger
19                                     Kyle F. Waldinger
20                                     Assistant United States Attorney

21

22   Dated: October 21, 2008      By:
                                       /s/ David J. Cohen
23                                     David J. Cohen
24                                     Attorney for Defendant Allen Tam

25
     **IT IS SO ORDERED.**
26

27   Dated:  10/28/08                                          FOR

28                                     THE HONORABLE RONALD M. WHYTE
                                       UNITED STATES DISTRICT COURT JUDGE